IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01158-ZLW-MEH

THERESA DAVALOS,

    Plaintiff,

v.

NEXTIRAONE FEDERAL, LLC, d/b/a Black Box Network Services,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 4, 2009.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed September 3, 2009; docket #15] is **denied without prejudice**. While the motion contains a certificate of conferral in accordance with D.C. Colo. LCivR 7.1A, it includes no explanation of, nor reason for, the amendments made to the Complaint; thus, it would be difficult, if not impossible, for the Court to determine whether justice requires leave to amend pursuant to Fed. R. Civ. P. 15(a)(2).