IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01158-ZLW-MEH

THERESA DAVALOS,

      Plaintiff,

v.

NEXTIRAONE FEDERAL, LLC, d/b/a Black Box Network Services,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2009.**

      In light of the Supplement to Plaintiff's Second Unopposed Motion to Amend Complaint [docket #22], in which the Plaintiff provides a copy of an email message reflecting Defendant's statement that it will not oppose the filing of the Amended Complaint, the Court finds that Plaintiff's motion is *not* opposed, as earlier determined. *See* Fed. R. Civ. P. 15(a)(2) (2009).

      Therefore, this Court's September 10, 2009 order is discharged and, in the interests of justice, Plaintiff's Second Unopposed Motion to Amend Complaint [filed September 8, 2009; docket # 18] is **granted**. The Amended Complaint tendered September 1, 2009 [docket #14] is accepted as filed. Defendant shall file an answer or other response to the Amended Complaint **on or before September 28, 2009**.

      The Plaintiff is reminded of her obligations under D.C. Colo. LCivR 10.1E and all applicable local rules for all future filings.