IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01158-ZLW-MEH

THERESA DAVALOS,

      Plaintiff,

v.

NEXTIRAONE FEDERAL, LLC, d/b/a Black Box Network Services,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2009.**

      Defendant's Unopposed Motion to Postpone Settlement Conference [filed November 5, 2009; docket # 29] is **granted**.  The Settlement Conference scheduled for November 18, 2009, is hereby vacated.  On or before November 13, 2009, the parties shall conference together and call my Chambers at (303) 844-4507 to obtain an alternate date for the conference.