IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01158-ZLW-MEH

THERESA DAVALOS,

    Plaintiff,

v.

NEXTIRAONE FEDERAL, LLC, d/b/a Black Box Network Services,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 25, 2010.**

    Defendant's Motion for Leave to File Stipulated Motion to Dismiss [filed March 22, 2010; docket #35] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A.