IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01158-ZLW-MEH

THERESA DAVALOS,

    Plaintiff,

v.

NEXTIRAONE FEDERAL, LLC, d/b/a Black Box Network Services,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 12, 2010.**

    Defendant's Amended Motion for Leave to File Stipulated Motion to Dismiss [filed March 29, 2010; docket #38] is **denied as moot**. The parties shall file dismissal papers with the Court on or before April 16, 2010.